UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| WILLIAM KENT ROBINSON | ] | |
| | ] | |
| v. | ] | No. 1-04-0098 |
| | ] | Judge Higgins |
| GLENN TURNER, WARDEN | ] | |

O R D E R

In accordance with the memorandum contemporaneously entered, the respondent's motion (filed January 31, 2005; Docket Entry No. 13) to dismiss is granted.

Accordingly, this action is dismissed with prejudice.

The entry of this order shall constitute the judgment of this action.

It is so ORDERED.

_____
Thomas A. Higgins
United States District Judge
8-25-05